# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BETTY J. CORBO, individually, | |
| Plaintiff, | 2:09-CV-00368-PMP-PAL |
| vs. | |
| RON LAESSIG, individually, | **ORDER** |
| Defendant. | |

Having read and considered the Supplemental Joint Status Report of the Parties (Doc. #84) filed June 29, 2012, and good cause appearing,

**IT IS ORDERED that** the Parties to this case shall have to and including **Friday, July 20, 2012**, within which to determine whether a stipulation to dismiss this case with prejudice, each Party to bear its own attorney's fees and costs can be filed with this Court, or whether a Motion for Determination of Good Faith Settlement must be filed.

DATED: July 3, 2012.

_____
PHILIP M. PRO
United States District Judge